FILED
CHARLOTTE, NC

OCT 02 2013

US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3 13 MJ 284 |
| | ) | |
| v. | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| Ramond Deforrest BOYD | ) | **COMPLAINT** |
| Kareem Laurence GARY | ) | **ORDER** |
| | ) | |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court, **IT IS HEREBY ORDERED** that the Criminal Complaint, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 2 day of October 2013.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

1